THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tonie J. Hopkins, Appellant.
 
 
 

Appeal From Horry County
Steven H. John,
 Circuit Court Judge
Unpublished Opinion No. 2007-UP-456
Submitted October 1, 2007  Filed October 11, 2007

APPEAL DISMISSED

 
 
 
 Chief
 Attorney Joseph L. Savitz, III, South Carolina Commission on Indigent Defense,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office
 of the Attorney General, of Columbia; and Solicitor Warren B. Giese, of Columbia,
 for Respondent.
 
 
 

PER
 CURIAM:  Tonie J.
 Hopkins appeals her conviction for possession of Oxycontin.  She asserts the
 trial judge erred by improperly instructing the jury in regard to the
 permissive inference of knowledge and possession when an a substance is found
 in property under a defendants control. After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Hopkins appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.